AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____\*\*\*\*\*_____ DISTRICT OF   NEVADA

PRINTER ESSENTIALS.COM, INC.,
d/b/a PRINTER ESSENTIALS,

      Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER:  **3:09-CV-00500-ECR-RAM**

YORKTOWN INDUSTRIES, INC.,
d/b/a CONCORD SUPPLIES. COM,
and KENNETH REICK, an individual,

      Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the parties agree that defendants, YORKTOWN INDUSTRIES, INC., d/b/a CONCORD SUPPLIES. COM, and KENNETH REICK, an individual, be dismissed from this action with prejudice, each party to bear their own fees and costs.

| | |
|---|---|
| July 13, 2010 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |